# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

| | |
|---|---|
| JAMIE BECKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 3:12-cv-00182-TWP-MPB |
| | ) |
| CITY OF EVANSVILLE and | ) |
| ZACHARY ELFREICH individually and as | ) |
| an Officer of the Evansville Police Department, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## COURTROOM MINUTES FOR DECEMBER 1, 2016
## HONORABLE TANYA WALTON PRATT, DISTRICT JUDGE

This matter was before the Court for the third day of a jury trial on Plaintiff's Complaint. Plaintiff appeared in person and by counsel Jason Michael Spindler, Michael C. Keating and Steven L. Whitehead. Defendants appeared by counsel Keith W. Vonderahe and Robert L. Burkart. Defendant Officer Zachary Elfreich appeared in person. The City of Evansville appeared by party representative, Deputy Chief Brad Hill. The Court Reporter was David Moxley.

Outside the presence of the jury, the Court addressed Counsel for Defendants' oral motion for a judgment as a matter of law under Federal Rule of Civil Procedure 50 as to the Plaintiff's *Monell* claims relating to the use of force policy and the K9 policy against the City of Evansville. For the reasons stated on the record, that motion was **DENIED**.

Defendants continued presentation of their case-in-chief, by reading exhibit 322 into the record. Defendants rested their case-in-chief.

Outside the presence of the jury, final instructions were settled.

Attorney Whitehead and Attorney Keating presented closing statements on behalf of Plaintiff.

Attorney Burkart presented closing statements on behalf of Defendants.

The Court read final instructions to the jury.

The Bailiffs, Jonathon Penn and Tanesa Genier, were sworn and the jury was placed in their charge. The jurors were given the exhibits admitted at trial and seven copies of the preliminary and final instructions. The jury retired for deliberation.

The jury informed the Court it reached a verdict.

All parties were returned to the courtroom.

The Court examined the verdict form, found it to be in proper order and read the verdict in open court.

The jury was discharged.

Final Judgment will issue by separate entry.

Court was adjourned.

Date: 12/2/2016

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Steven L. Whitehead
whiteroc@gibsoncounty.net

Michael C. Keating
KEATING & LAPLANTE
mkeating@keatingandlaplante.com

Jason Michael Spindler
SPINDLER LAW
jason@spindlerlaw.com

Keith W. Vonderahe
ZIEMER STAYMAN WEITZEL & SHOULDERS
kvonderahe@zsws.com

Robert L. Burkart
ZIEMER STAYMAN WEITZEL & SHOULDERS
rburkart@zsws.com

Jean Marie Blanton
ZIEMER STAYMAN WEITZEL & SHOULDERS LLP
jblanton@zsws.com