UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| JAMIE BECKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:12-cv-00182-TWP-MPB |
| | ) | |
| CITY OF EVANSVILLE and | ) | |
| ZACHARY ELFREICH, | ) | |
| | ) | |
| Defendants. | ) | |

## VERDICT FORM – Claim for Use of Excessive Force

We, the Jury, find in favor of Plaintiff, Jamie Becker, and against Defendant Zachary Elfreich on the claim for use of excessive force and decided Plaintiff's damages are

$_____.

Date: _____      Foreperson: _____

We, the Jury, find in favor of Defendant, Zachary Elfreich, on the claim for use of excessive force.

Date: __12/1/16_____      Foreperson: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

JAMIE BECKER,                            )
                                         )
        Plaintiff,                       )
                                         )
        v.                               )        Case No. 3:12-cv-00182-TWP-MPB
                                         )
CITY OF EVANSVILLE and                   )
ZACHARY ELFREICH,                        )
                                         )
        Defendants.                      )

## VERDICT FORM – Claim of Municipal Liability

We, the Jury, find in favor of Plaintiff, Jamie Becker, and against Defendant, City of

Evansville, the claim of Municipal liability and decide Plaintiff's damages are $_____.

Date: _____        Foreperson: _____

We, the Jury, find in favor of Defendant City of Evansville on the claim of Municipal

Liability.

Date: ___12/1/16_____        Foreperson