UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JAMIE BECKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:12-cv-00182-TWP-MPB |
| | ) |
| CITY OF EVANSVILLE, and | ) |
| ZACHARY ELFREICH, | ) |
| | ) |
| | ) |
| Defendants. | ) |

## ENTRY ON FINAL JUDGMENT

Plaintiff Jamie Becker's ("Mr. Becker") Amended Complaint (Filing No. 186) asserted seven claims against Defendants the City of Evansville and Officer Zachary Elfreich (collectively "Defendants").

For the reasons detailed in the Court's Entries on Defendants' Motion for Judgment on the Pleadings (Filing No. 76; Filing No. 79), the Court **dismissed** Mr. Becker's claims for Negligent Supervision, **Count II**, and Negligent Supervision in violation of Civil Rights pursuant to 42 U.S.C. §1983, **Count VII**, of the Amended Complaint.

Mr. Becker's five remaining claims were tried by jury. After the close of evidence but before the case was submitted to the jury, Mr. Becker withdrew his claims for Battery, Count I, and Negligence, Count III. Therefore, the Court **dismissed with prejudice Counts I and III** for Battery and Negligence.

Mr. Becker's claims for violation of Civil Rights pursuant to 42 U.S.C. §1983 under Counts IV, V, and VI were submitted to the jury for deliberation. The **jury rendered its verdict in favor of the Defendants and against Mr. Becker as to Counts IV, V, and VI**. Accordingly, final

judgment against Mr. Becker is appropriate as all claims have been resolved in favor of the Defendants and against Mr. Becker. Final judgment will issue under separate order.

**SO ORDERED.**

Date: 12/2/2016

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Steven L. Whitehead
whiteroc@gibsoncounty.net

Michael C. Keating
KEATING & LAPLANTE
mkeating@keatingandlaplante.com

Jason Michael Spindler
SPINDLER LAW
jason@spindlerlaw.com

Robert L. Burkart
ZIEMER STAYMAN WEITZEL & SHOULDERS
rburkart@zsws.com

Keith W. Vonderahe
ZIEMER STAYMAN WEITZEL & SHOULDERS
kvonderahe@zsws.com

Jean Marie Blanton
ZIEMER STAYMAN WEITZEL & SHOULDERS
jblanton@zsws.com