**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**EVANSVILLE DIVISION**

| | |
|---|---|
| JAMIE BECKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:12-cv-00182-TWP-MPB |
| | ) |
| CITY OF EVANSVILLE, and | ) |
| ZACHARY ELFREICH, | ) |
| | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

The Court, having this day made its Entry, now enters **FINAL JUDGMENT**.

The Court enters **FINAL JUDGMENT** in this action in favor of Defendants the City of Evansville and Officer Zachary Elfreich and against Plaintiff Jamie Becker on Plaintiff's claims for battery, negligent supervision, negligence, and violations of his civil rights pursuant to 42 U.S.C. §1983, asserted in Plaintiff's Amended Complaint.

Therefore, Plaintiff Jamie Becker shall take nothing by his Amended Complaint. Judgment is entered accordingly, and this cause is **TERMINATED**.

Dated: 12/2/2016

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U. S. District Court

Distribution:

Steven L. Whitehead
whiteroc@gibsoncounty.net

Michael C. Keating
KEATING & LAPLANTE
mkeating@keatingandlaplante.com

Jason Michael Spindler
SPINDLER LAW
jason@spindlerlaw.com

Robert L. Burkart
ZIEMER STAYMAN WEITZEL & SHOULDERS
rburkart@zsws.com

Keith W. Vonderahe
ZIEMER STAYMAN WEITZEL & SHOULDERS
kvonderahe@zsws.com

Jean Marie Blanton
ZIEMER STAYMAN WEITZEL & SHOULDERS
jblanton@zsws.com